IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME GIBSON | : | CIVIL ACTION |
| v. | : | |
| JEFFREY BEARD, et al. | : | NO. 10-445 |

ORDER

AND NOW, this 29th day of February, 2016, upon consideration of petitioner Jerome Gibson's habeas petition (docket entry # 1), the Report and Recommendation of the Honorable Carol Sandra Moore Wells (docket entry #76), and petitioner's objections to the Report and Recommendation (docket entry #82), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Petitioner's objections are OVERRULED;

2. Judge Wells's Report and Recommendation is APPROVED and ADOPTED;

3. Petitioner's habeas petition (docket entry #1) is DISMISSED WITH PREJUDICE and without an evidentiary hearing;

4. Because reasonable jurists could not debate whether the petition states a valid claim for a denial of a constitutional right, Slack v. McDaniel, 529 U.S. 473, 484 (2000), we DECLINE to issue a certificate of appealability; and

5. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.