UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JEROME J. GIBSON, | : |
|     Petitioner, | : |
| | :    No. 2:10-cv-0445 |
| v. | : |
| | : |
| JEFFREY BEARD, LOUIS FOLINO, | : |
| THE ATTORNEY GENERAL OF THE | : |
| STATE OF PENNSYLVANIA, | : |
| THOMAS MCGINLEY, and THE DISTRICT | : |
| ATTORNEY FOR BUCKS COUNTY, | : |
|     Respondents. | : |

_____

# **O R D E R**

**AND NOW**, this 18th day of December, 2019, upon consideration of (1) Jerome Gibson's motion brought pursuant to Federal Rule of Civil Procedure 60(b), ECF No. 98, and (2) his motion to proceed in forma pauperis, ECF No. 99, for the reasons set forth in the Opinion of this date, **IT IS HEREBY ORDERED** as follows:

1. Jerome Gibson's motion to proceed in forma pauperis, ECF No. 99, is **GRANTED**.

2. His Rule 60(b) motion, ECF No. 98, is **DISMISSED** for lack of jurisdiction.

3. This case shall remain **CLOSED.**

                                                BY THE COURT:


                                                */s/ Joseph F. Leeson, Jr.*_____
                                                JOSEPH F. LEESON, JR.
                                                United States District Judge